UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARCEL VERHOVETCHI,<br><br>Plaintiff,<br><br>v.<br><br>KRISTI NOEM, Secretary, DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | ) | No. 25 C 10553<br><br>Judge Gottschall |

**ORDER TO REMAND**

Plaintiff's application for naturalization is remanded to United States Citizenship and Immigration Services (USCIS) so the agency can issue a decision. USCIS will issue a decision on plaintiff's naturalization application within 90 days of this order. Each party shall bear its own costs and fees.

ORDERED:

Dated: January 6, 2026

Honorable Joan B. Gottschall